# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFDER IQBAL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:23-cv-00111-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION TO FILE AMENDED RESPONSE TO PETITION<br><br>(ECF No. 18) |

Petitioner Safder Iqbal is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging a Federal Bureau of Prisons' policy of refusing to allow prisoners with immigration detainers to earn and/or apply First Step Act ("FSA") time credits ("FTCs"). (ECF No. 1.)

Respondent filed a motion to dismiss the petition, arguing, *inter alia*, that "Petitioner is jurisdictionally and statutorily barred from FSA ETC sentence-offsets due to the final order of removal from another federal court." (ECF No. 14 at 3.)[1] Respondent attached a copy of the Department of Homeland Security Immigration Detainer – Notice of Action, which indicates a "final order of removal" has been issued against Petitioner, (ECF No. 14-1 at 46), but did not provide the Court with a copy of the order itself. Therefore, on June 29, 2023, the Court ordered Respondent to file a copy of Petitioner's purported final order of removal within fourteen days. (ECF No. 17.)

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

On July 13, 2023, Respondent filed the instant motion to stay the proceedings and for leave to file an amended superseding motion to dismiss and response to the petition because Respondent recently learned that information supplied by the Bureau of Prison (*i.e.*, the existence of a final order of removal) was inaccurate. (ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that Respondent is GRANTED leave to file an amended response to the petition on or before August 14, 2023.[2]

IT IS SO ORDERED.

Dated: **July 14, 2023**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court finds that it is not necessary to stay the instant proceeding pending the filing of Respondent's amended response to the petition.